UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
January 13, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Nos. 3:19-cr-00006-DMC ✓ |
| Plaintiff, ) | 3:14-cr-00001-DMC |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| CASEY NEIL HAIGHT, ) | PERSON IN CUSTODY |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, CASEY NEIL HAIGHT, Case Nos. 3:19-cr-00006-DMC and 3:14-cr-00001-DMC from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on Personal Recognizance

_____   Bail Posted in the Sum of: $

    _____   Co-Signed Unsecured Appearance Bond

    _____   Secured Appearance Bond

    __X__   (Other) Conditions as stated on the record.

    __X__   (Other) The Defendant is ordered to appear on 1/29/2020 at 1:30 p.m. before Magistrate Judge Dennis M. Cota at the Federal Courthouse, 2986 Bechelli Lane, Redding, CA 96002.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   1/13/2020   at   2:32 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge