| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN # 282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>CASEY NEIL HAIGHT. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:19-cr-00006-DMC |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **TO CONTINUE STATUS CONFERENCE** |
| vs. | ) | |
| | ) | Date: January 29, 2020 |
| CASEY NEIL HAIGHT, | ) | Time: 11:00 a.m. |
| | ) | Judge: Hon. Dennis M. Cota |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Nicholas R. Henke, Rule 180 Prosecutor, National Park Service, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Casey Neil Haight, **that the scheduled status conference for January 29, 2020 may be vacated and continued to April 14, 2020 at 11:30 a.m.**

The continuance is requested because defense counsel was recently appointed to this case on January 13, 2020, and as such, needs additional time to meet with client, review the case history and prepare for the sentencing hearing. Accordingly, the parties agree that time under the Speedy Trial Act should be excluded January 29, 2020 through and including April 14, 2020, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and [Proposed] Order to Continue Status Conference    -1-    *U.S. v. Haight 3:19-cr-00006-DMC*

Respectfully submitted,

Date: January 27, 2020

McGREGOR W. SCOTT
United States Attorney

*/s/Nicholas R. Henke*
NICHOLAS R. HENKE
Rule 180 Prosecutor
National Park Service
for Plaintiff United States of America


HEATHER E. WILLIAMS
Federal Defender

Date: January 27, 2020

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
CASEY NEIL HAIGHT

# ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from January 29, 2020, up to and including April 14, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the January 29, 2020 status conference shall be vacated and reset for April 14, 2020, at 11:00 a.m.**

**IT IS SO ORDERED.**

Dated: January 29, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE