1  MCGREGOR W. SCOTT
   United States Attorney
2  ALSTYN BENNETT
   Special Assistant U.S. Attorney
3  CHRISTOPHER S. HALES
   Assistant U.S. Attorney
4  NICHOLAS R. HENKE
   Local Rule 180 Prosecutor
5  501 I Street, Suite 10-100
   Sacramento, CA 95814
6  Telephone: (916) 554-2700

7  Attorneys for Plaintiff
   United States of America
8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

| 12 | UNITED STATES OF AMERICA, | CASE NO. 3:19-CR-00006-DMC |
|---|---|---|
| 13 | Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| 14 | v. | |
| 15 | CASEY NEIL HAIGHT, | DATE: June 16, 2020 |
| 16 | Defendant. | TIME: 11:00 a.m. COURT: Hon. Dennis M. Cota |

17

18                     **STIPULATION**

19     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20 through his counsel of record, hereby stipulate as follows:

21     1.   By previous order, in light of the current public health emergency, the status conference

22 in this matter was continued to June 16, 2020 at 11:00 a.m.

23     2.   By this stipulation, the parties now jointly move to vacate the status conference date and

24 continue the status conference to August 18, 2020, at 11:00 a.m.

25 ///

26 ///

27 ///

28 //

IT IS SO STIPULATED.

Dated: May 26, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ *Alstyn Bennett*
ALSTYN BENNETT
Special Assistant U.S. Attorney
CHRISTOPHER S. HALES
Assistant U.S. Attorney

Dated: May 26, 2020

/s/ *Jerome Price*
JEROME PRICE
Counsel for Defendant
CASEY NEIL HAIGHT
(*Approved via email 5/26/2020*)

**FINDINGS AND ORDER**

IT IS SO ORDERED, that status conference is continued to August 18, 2020, at 11:00 a.m.

FOUND AND ORDERED this 27th day of May, 2020.

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE