MCGREGOR W. SCOTT
United States Attorney
ALSTYN BENNETT
Special Assistant U.S. Attorney
CHRISTOPHER S. HALES
Assistant U.S. Attorney
NICHOLAS R. HENKE
Local Rule 180 Prosecutor
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CASEY NEIL HAIGHT,<br><br>　　　　　　　　　Defendant. | CASE NO.  3:19-CR-00006-DMC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: August 18, 2020<br>TIME:  11:00 a.m.<br>COURT: Hon. Dennis M. Cota |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.　By previous order, in light of the current public health emergency, the status conference in this matter was continued to August 18, 2020 at 11:00 a.m.

2.　By this stipulation, the parties now jointly move to vacate the status conference date and continue the status conference to November 17, 2020, at 11:00 a.m.

///

///

///

///

STIPULATION & ORDER TO CONTINUE STATUS CONFERENCE　　　　1

IT IS SO STIPULATED.

Dated: August 13, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ *Alstyn Bennett*
ALSTYN BENNETT
Special Assistant U.S. Attorney
CHRISTOPHER S. HALES
Assistant U.S. Attorney

Dated: August 13, 2020

/s/ *Jerome Price*
JEROME PRICE
Counsel for Defendant
CASEY NEIL HAIGHT
(*Approved via email 7/31/2020*)

**FINDINGS AND ORDER**

IT IS SO ORDERED, that status conference is continued to November 17, 2020, at 11:00 a.m.

Dated: August 17, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE