1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  JEROME PRICE, SBN # 282400
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   CASEY NEIL HAIGHT

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) | Case No. 3:14-mj-00001-DMC |
|---|---|---|
|  | ) | 3:19-cr-00006-DMC |
| Plaintiff, | ) |  |
|  | ) | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | ) | **TO CONTINUE STATUS CONFERENCE** |
|  | ) | **AND EXCLUDE TIME** |
| CASEY NEIL HAIGHT, | ) |  |
|  | ) | Date:  June 15, 2021 |
| Defendant. | ) | Time: 11:00 a.m. |
|  | ) | Judge: Dennis M. Cota |
|  | ) |  |

17    IT IS HEREBY STIPULATED by and between Nicholas Henke, United States Park

18 Ranger and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome

19 Price, Attorney for Defendant Casey Neil Haight, **that the Status Conference in case no. 3:19-**

20 **cr-00006-DMC and the Sentencing Hearing in case no. 3:14-mj-00001-DMC currently**

21 **scheduled for June 15, 2021 may be vacated and continued to August 17, 2021.**

22    This continuance is requested due to unavailability of defense counsel.

23    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

24 excluded from this order's date through and including August 17, 2021, pursuant to 18 U.S.C.

25 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

26

27

28

1 based upon continuity of counsel and defense preparation for case number 3:19-cr-00006-DCM.

                Respectfully submitted,

                HEATHER E. WILLIAMS
                Federal Defender

Date: June 14, 2021       */s/ Jerome Price*
                JEROME PRICE
                Assistant Federal Defender
                Attorney for Defendant
                CHRISTOPHER OWEN BALLEZ

Date: June 14, 2021       */s/Nicholas Henke*
                NICHOLAS HENKE
                U.S. Park Ranger

Date: June 14, 2021       PHILLIP A. TALBERT
                Acting United States Attorney

                */s/Christopher Hales*
                CHRISTOPHER HALES
                Assistant U.S. Attorney
                Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 17, 2021, shall be excluded from computation of time within which the trial of case number 3:19-cr-00006-DCM must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the June 15, 2021 Status Conference in case no. 3:19-cr-00006-DMC and the Sentencing Hearing in case no. 3:14-mj-00001-DMC shall be continued until August 17, 2021, at 11:00 a.m.  .**

IT IS SO ORDERED.

Dated:  June 16, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE