HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CASEY NEIL HAIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CASEY NEIL HAIGHT, <br><br> Defendant. | Case No. 3:14-mj-00001-JDP <br> 3:19-cr-00006-JDP <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** <br><br> Date: November 7, 2022 <br> Time: 2:00 p.m <br> Judge: Jeremy D. Peterson |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Alstyn Bennett and Assistant Federal Defender Linda Allison, Attorney for Defendant Casey Neil Haight, **that the Sentencing Hearing currently scheduled for November 7, 2022 may be vacated and continued to December 20, 2022 at 2:00 p.m.**

This continuance is requested to accommodate defense counsel's calendar.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 3, 2022      */s/ Linda Allison*
LINDA ALLISON
Assistant Federal Defender
Attorney for Defendant
CASEY HAIGHT

1  Date: November 3, 2022					PHILLIP A. TALBERT
							United States Attorney

							*/s/Alstyn Bennett*
							ALSTYN BENNETT
							Assistant United States Attorney

# ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**It is further ordered the November 7, 2022 Sentencing Hearing shall be continued until December 20, 2022, at 2:00 p.m.**

IT IS SO ORDERED.

Dated: November 4, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE